WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martice Deshawn Wallace, | No. CV-17-04126-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Todd Riggs, et al., | |
| Defendants. | |

Pending before the Court is *pro se* Plaintiff's Motion for New Trial (Doc. 284). No Defendant has filed a response. For the following reasons, the Motion is denied.

In February 2022, a three-day trial was held on Plaintiff's excessive force claim, and the jury returned a verdict in favor of Defendants. (Doc. 282). Plaintiff requests that the Court vacate the judgment and order a new trial under Federal Rule of Civil Procedure 59(a). (Doc. 284).

Courts may grant motions for new trial "for any reason for which a new trial has heretofore been granted in an action at law in federal court . . . ." Fed. R. Civ. P. 59(a). Trial courts have "large" authority to grant or deny new trials. *Gasperini v. Ctr. for Humans., Inc.*, 518 U.S. 415, 433 (1996). In considering a motion for new trial, the Court "is not obliged to view the evidence in the light most favorable to the verdict, and it is free to weigh the evidence and evaluate for itself the credibility of the witnesses." *United States v. Kellington*, 217 F.3d 1084, 1097 (9th Cir. 2000).

Plaintiff argues a new trial is warranted for three reasons: (1) the verdict is contrary

to the evidence presented at trial, (2) the jury did not take a proper amount of time to deliberate, and (3) the verdict is "a miscarriage of justice." (Doc. 284 at 1). The Court rejects all three reasons.

First, there was substantial evidence showing that Defendants' actions were reasonable. Although Plaintiff argues that certain evidence was underappreciated, several witnesses gave compelling testimony that supported a finding in Defendants' favor. Second, the jury's time spent deliberating is not necessarily an indication that they ignored the evidence. Given the strength of the evidence in Defendants' favor, it is reasonable for a jury to have come to a verdict in less than an hour. Third, given the reasonableness of the Jury's verdict, the Court finds no miscarriage of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for New Trial (Doc. 284) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Status Update (Doc. 293) is **granted**.

Dated this 29th day of August, 2022.

Honorable Diane J. Humetewa
United States District Judge